1  Plaintiff's Counsel:
   Jayne Conroy
2  Hanly Conroy Bierstein Sheridan
      Fisher & Hayes LLP
3  112 Madison Avenue
   New York New York  10016-7416
4  (212) 784-6400
   (212) 284-6420 (fax)
5
   -and-
6
   SimmonsCooper LLC
7  707 Berkshire Blvd.
   East Alton, IL  62024
8  (618) 259-2222
   (212) 259-2251 (Fax)
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE:  BEXTRA AND CELEBREX MARKETING SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No. M:05-CV-01699-CRB<br><br>MDL NO. 1699<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
|---|---|
| This Document Relates To:<br><br>*Margaret Herron, et. al., vs. Pfizer, Inc.,.* MDL No. 06-6598: Plaintiff Edsel Raynor | |

Come now the Plaintiffs, Edsel Raynor, and Defendant, Pfizer Inc., by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

- 1 -   STIPULATION OF DISMISSAL WITH PREJUDICE

stipulate to the dismissal with prejudice of Plaintiffs, **Edsel Raynor's** action only, with each side bearing its own attorneys' fees and costs.

Dated: _____, 2009          By: _____
                                      Jayne Conroy
                                      **HANLY CONROY BIERSTEIN**
                                        **SHERIDAN FISHER & HAYES LLP**
                                      112 Madison Avenue
                                      New York, New York 10016-7416
                                      (212) 784-6400
                                      (212) 784-6420 (Fax)
                                      Email: jconroy@hanlyconroy.com

                          -and-

                                      **SIMMONSCOOPER LLC**
                                      707 Berkshire Blvd.
                                      East Alton, IL 62024
                                      (618) 259-2222
                                      (618) 259-2251 (Fax)

                                      *Counsel for Plaintiff.*

Dated: _____March 11__, 2009          By: _____
                                      Michelle W. Sadowsky
                                      **DLA PIPER US LLP**
                                      1251 Avenue of the Americas
                                      New York, New York 10020-1104
                                      (212) 335-4625
                                      (212) 884-8675 (Fax)

                                      *Counsel for Defendant Pfizer, Inc.*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: _____March 30__, 2009          By: _____
                                      United States District Court

STIPULATION OF DISMISSAL WITH PREJUDICE